UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE:

**DAVID COLLADO FERRER** | **CASE NO. 16-05746-EAG**

**XXX-XX-4244** | **CHAPTER 13**

**DEBTOR (S)**

TRUSTEE'S MOTION FOR POST CONFIRMATION
MODIFICATION OF PLAN
(BASE INCREASE)

**TO THE HONORABLE COURT:**

NOW COMES José R. Carrión, Chapter 13 Trustee, and very respectfully alleges and prays:

1. The plan dated Jun 05, 2017 (docket no.66) was confirmed/approved on June 26, 2017 (date of confirmation/approval).

2. After the confirmation / approval of the aforementioned plan, the Trustee received a payment in the amount of $2,825.00. The source(s) of said payment comes from increased payments made consistently in the amount of $695.00 (instead of the proposed $475.00) since August 2018.

3. The Confirmed plan did not included said income as an additional source of funds for the plan. However, it is the Trustee's position that the above described monies are disposable income that must be used to fund the plan [11 U.S.C §1306(a) and §1322(a)(1)].

4. The Chapter 13 Trustee, pursuant to §1329(a) respectfully requests this Honorable Court to approve the modification to the above mentioned Chapter 13 Plan, in order to:

    a. Include as an additional payment the above described amount received, increasing the plan base to $31,724.00.

    b. All other plan's provisions as originally included remains the same.

5. The present Post-Confirmation Modification request of the plan meets all requirements of 11 USC §1329(a) and F.R.B.P. §3015(g).

WHEREFORE the Trustee respectfully requests this Honorable Court to grant the present motion and approve a Post-Confirmation Modification of the plan base, in order to include the additional payment received increasing the base to $31,724.00.

NOTICE OF OPPORTUNITY TO OBJECT PURSUANT TO LBR9013-1(h) within twenty-one (21) days after service as evidence by the certificate of service below, and an additional three (3) days pursuant to Fed.R.Bank.P. 9006(f), if served by regular mail, any party in interest shall file and serve any objection or any other appropriate response to this plan with the Clerk's office of the US Bankruptcy Court of the District of PR. If NO objection or other response is filed within the time allowed herein, the plan will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

CERTIFICATE OF SERVICE: Pursuant to Bankruptcy Rule 2002 The Chapter 13 Trustee herewith certified that a copy of this motion has been served by regular US Mail on the same date it is filed to: the DEBTOR(s) and her/his/their attorney, to all Creditors, to their respective address of record as they appear in the Master Address List if not a registered CM/ECM System user. record.

In San Juan, Puerto Rico on Thursday, October 4, 2019.

/s/ Nannette Godreau
Staff Attorney
JOSE R. CARRION
CHAPTER 13 TRUSTEE
PO Box 9023884
San Juan, PR 00902-3884
Tel (787)977-3535   FAX (787)977-3550

16-05746-EAG

CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail to the parties listed below:

| | |
|---|---|
| JOSE R. CARRION<br>PO BOX 9023884, OLD SAN JUAN STATION<br>SAN JUAN, PR 00902 | MARIA DE LOS ANGELES GONZALEZ, ESQ.<br>US POST OFFICE & COURTHOUSE<br>300 RECINTO SUR ST., SUITE 109<br>OLD SAN JUAN, PR 00901 |
| NYDIA GONZALEZ ORTIZ*<br>SANTIAGO & GONZALEZ<br>11 CALLE BETANCES<br>YAUCO, PR 00698 | DEPARTMENT OF TREASURY<br>PO BOX 9024140<br>SAN JUAN, PR 00902 |
| UNEMPLOYMENT INSURANCE<br>PUERTO RICO DEPT OF LABOR<br>12 FLOOR 505 MUNOZ RIVERA AVE. | DAVID COLLADO FERRER<br>PO BOX 51<br>GUANICA, PR 00653-0051 |
| A. GARCIA DISTRIBUTORS<br>PO BOX 142581<br>ARECIBO, PR 00614 | AGRAMAR CORPORATION<br>PO BOX 9023927<br>SAN JUAN, PR 00902 |
| ALMACEN KIKO VERA, INC<br>HC-3 900 CARR. 129 SUITE #1<br>ARECIBO, PR 00612 | AT&T MOBILITY<br>PO BOX 537104<br>ATLANTA, GA 30353-7104 |
| BANCO POPULAR DE PR<br>PO BOX 363228<br>SAN JUAN, PR 00936-3228 | BANCO POPULAR DE PR<br>PO BOX 362708<br>SAN JUAN, PR 00936-2708 |
| BANCO POPULAR DE PUERTO RICO<br>MIGDALIA EFFIE GUASP, ESQ.<br>SPECIAL LOANS DEPARTMENT<br>PO BOX 362708 | BANCO POPULAR DE PUERTO RICO<br>C/O EDUARDO M VERAY LOPEZ ESQ<br>BANCO POPULAR PR SPECIAL LOANS<br>PO BOX 362708 |
| BANCO POPULAR DE PUERTO RICO<br>SPECIAL LOANS BANKRUPTCY DEPT (749)<br>PO BOX 362708<br>SAN JUAN, PR 00936 | BANCO SANTANDER DE PR<br>PO BOX 362589<br>SAN JUAN, PR 00936-2589 |
| BANCO SANTANDER PR<br>PO BOX 362589<br>SAN JUAN, PR 00936-2589 | BISMARK TRAIDING, INC<br>34 FRANCES STREET AMELIA INDUSTRIAL PARK<br>GUAYNABO, PR 00919 |
| COMERCIAL WILLIAM CRUZ INC.<br>PO BOX 6293 MARINA STATION<br>MAYAGUEZ, PR 00681 | CONDADO 3 LLC<br>C/O ISAYRA BAGUE DIAZ ESQ<br>PMB 181<br>PO BOX 4952 |
| CORDIALSA<br>PO BOX 9021741<br>SAN JUAN, PR 00961 | CRIM<br>ATN. DIVISION DE COBROS Y EMBARGOS<br>PO BOX 195387<br>SAN JUAN, PR 00919 |

| | |
|---|---|
| CRIM<br>PO BOX 195387<br>SAN JUAN, PR 00919-5387 | DEPARTMENT OF JUSTICE<br>COMMON WEATH OF PUERTO RICO<br>PO BOX 9020102<br>SAN JUAN, PR 00902 |
| DIVERSIFIED CONSULTANTS, INC<br>PO BOX 1391<br>SOUTHGATE, MI 48195 | DNA TITA SPICES GELATINAS<br>BOX 653<br>MERCEDITA, PR 00715 |
| EASTERN AMERICA INSURANCE COMPANY<br>PO BOX 9023862<br>SAN JUAN, PR 00902 | EL GUAGUERITO INC. RUTA 12<br>AVE. CARLOS J ANDALUZ MENDEZ<br>3-A-1 LOMAS VERDES<br>BAYAMON, PR 00956 |
| ELMEC INDUSTRIES, INC.<br>PO BOX 3509<br>MAYAGUEZ, PR 00681-3509 | GATESTONE<br>PO BOX 101928<br>BIRMINGHAM, AL 35210 |
| INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | JOSE MALGOR & COMPANY, INC.<br>PO BOX 902-1904<br>SAN JUAN, PR 00902 |
| JRH INTERNATIONAL DISTRIBUTORS, CORP.<br>PO BOX 2066<br>CAGUAS, PR 00726 | K-VAN DISTRIBUTORS<br>AVE. VICTORIA #487<br>AGUADILLA, PR 00603 |
| MAR Y TIERRA<br>PMB #363 1353 #19 STREET<br>GUAYNABO, PR 00966 | MUNICIPIO DE SABANA GRANDE<br>PO BOX 356<br>SABANA GRANDE, PR 00637 |
| NESTLE PURINA PETCARE CARIBBEAN<br>PO BOX 364565<br>SAN JUAN, PR 00936 | NORTHWESTERN SELECTA, INC<br>PO BOX 10718<br>SAN JUAN, PR 00922-0718 |
| NYDIA GONZALEZ ORTIZ<br>SANTIAGO & GONZALEZ<br>11 CALLE BETANCES<br>YAUCO, PR 00698 | PROCESADORA CAMPOFRESCO, INC<br>BOX 755<br>SANTA ISABEL, PR 00757 |
| PUERO RICO COFEE ROASTERS, LLC<br>PO BOX 13087<br>SAN JUAN, PR 00908 | RJ REYNOLDS TOBACCO COMPANY<br>PO BOX 363509<br>SJ, PR 00936 |
| SAN JUAN TRADING CO., INC.<br>PO BOX 366458<br>SAN JUAN, PR 00936-6458 | SANTANDER FINANCIAL<br>EDF. PROF. #51<br>YAUCO, PR 00698 |
| SANTANDER FINANCIAL SERVICES D/B/A ISLAND FINANC<br>C/O JUAN CARLOS FORTUNO FAS<br>PO BOX 9300<br>SAN JUAN, PR 00908 | SEARS<br>PO BOX 183081<br>COLUMBUS, OH 43218 |

DATED: January 01, 1900

amanzano

OFFICE OF THE CHAPTER 13 TRUSTEE